The Honorable BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMEENJOHN STANIKZY,<br><br>       Plaintiff,<br><br>   v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>       Defendant. | NO. 2:20-cv-00118-BJR<br><br>JOINT STIPULATED MOTION & ORDER RE: EXTENSION OF PAGE LIMITS ON BRIEFING MOTION FOR CLASS CERTIFICATION |

COME NOW the above-named parties, through their respective counsel, and STIPULATE as follows:

1) While WD Wa. LCR 7(e)(3) allow 24 pages for Motions for Class Certification, this Court's Standing Order (Dkt#12) limit the Motion and Opposition to 15 pages and the reply to 10 pages, as it is not a dispositive motion.

2) Plaintiff's Motion is due on September 11, 2020.

3) The parties have met and conferred, and given that the issues are likely to require more than 15 pages, the Parties jointly request that this Court, either (a) allow the Parties to brief Class

STIPULATION & ORDER FOR EXTENSION OF PAGE LIMITS - 1

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax

Certification under this Court's Page limits for dispositive motions in Dkt#12 at 4 (30 pages for briefs, 20 pages for reply), or (b) alternatively allow the parties to brief class certification under WD Wa. LCR 7(e)(3) (24 pages for briefs, 12 pages for reply).

Respectfully Submitted this 8th Day of September, 2020

| Law Offices of STEPHEN M. HANSEN, P.S.<br><br>*/s/ Stephen M. Hansen*<br>STEPHEN M. HANSEN, WSBA #15642<br>Of Attorney for Plaintiffs | KING & SPALDING, LLP<br><br>*/s/ J. Matthew Brigman*<br>JAMES MATTHEW BRIGMAN, *pro hac vice*<br>Of Attorneys for Defendant |
|---|---|

## II. ORDER

BASED UPON the above and forgoing stipulation, IT IS SO ORDERED. Plaintiff's Motion for Class Certification and Defendant's Opposition shall not exceed 24 pages and Plaintiff's Reply shall not exceed 12 pages.

DATED this 14th day of September, 2020.

Barbara Jacobs Rothstein
U.S. District Court Judge

| Presented By:<br>Law Offices of STEPHEN M. HANSEN, P.S.<br><br>*/s/ Stephen M. Hansen*<br>STEPHEN M. HANSEN, WSBA #15642<br>Of Attorney for Plaintiffs | Approved by:<br>KING & SPALDING, LLP<br><br>*/s/ J. Matthew Brigman*<br>JAMES MATTHEW BRIGMAN, *pro hac vice*<br>Of Attorneys for Defendant |
|---|---|

STIPULATION & ORDER FOR EXTENSION OF PAGE LIMITS - 2