The Honorable BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMEENJOHN STANIKZY;<br><br>        Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY.<br><br>        Defendant. | NO. 2:20-cv-00118-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE |

ORDER GRANTING STIPULATED MOTION
TO AMEND BRIEFING SCHEDULE - 1
(2:20-cv-00118-BJR)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Upon consideration of the Stipulated Motion to Amend Briefing Schedule submitted by the parties, it is hereby ORDERED that the briefing schedule on Plaintiff's Motion for Class Certification (Dkt. #39) is amended as follows:

1. Progressive's class certification opposition and any expert disclosures/Rule 26 reports and/or declarations relating to any class certification opposition and related motions are due on **January 29, 2021**.

2. Plaintiff's rebuttal expert disclosures/Rule 26 reports and/or declarations relating to any class certification reply and/or opposition to any defense motions are due on **April 21, 2021.**

3. Reply on any Motion filed by Progressive are due **May 31, 2021**.

As under the Court's current Order, within twenty-one (21) days of a ruling on class certification, the parties shall present the Court with a proposed schedule to govern the remainder of the case through and including briefing on summary judgment and expert disclosures related to the merits of the parties claims and defense.

Dated this 30th day of November, 2020.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

By    /s/Robert L. Christie
    ROBERT L. CHRISTIE, WSBA #10895
    CHRISTIE LAW GROUP, PLLC
    2100 Westlake Ave. N., Suite 206
    Seattle, WA 98109

    Jeffrey S. Cashdan (*admitted pro hac vice*)
    Zachary A. McEntyre (*admitted pro hac vice*)
    James Matthew Brigman (*admitted pro hac vice*)
    KING & SPALDING LLP
    1180 Peachtree Street
    Atlanta, GA 30309

    *Attorneys for Defendant Progressive Direct*
      *Insurance Company*

ORDER GRANTING STIPULATED MOTION
TO AMEND BRIEFING SCHEDULE - 1
(2:20-cv-00118-BJR)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669