The Honorable BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| AMEENJOHN STANIKZY, | |
|---|---|
| Plaintiff, | NO. 2:20-cv-00118-BJR |
| v. | ORDER ON PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | |
| Defendant. | |

PURSUANT TO Local Civil Rule 5(g), Plaintiff moved the Court to order sealed from public inspection the following documents:

| Document Name: | Document No.: | Date Filed: |
|---|---|---|
| *Plaintiff's Motion for Class Certification* | 37 | 09/11/2020 |
| *Declaration of Stephen M. Hansen* | 38 | 09/11/2020 |

The basis for the motion to seal is that the redacted information in the documents was marked "CONFIDENTIAL" by the Defendants entered pursuant to protective order entered on June 19, 2020 [Dkt# 32]. Having considered the motion and the documents, the Court is of the opinion that good cause exists to seal these documents.

ORDER ON PLAINTIFF'S MOTION
TO FILE DOCUMENTS UNDER SEAL - 1

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax

THEREFORE, IT IS ORDERED that the following documents be sealed:

| Document Name: | Document No.: | Date Filed: |
|---|---|---|
| *Plaintiff's Motion for Lass Certification* | 37 | 09/11/2020 |
| *Declaration of Stephen M. Hansen* | 38 | 09/11/2020 |

DATED this 4th day of January, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

Law Offices of STEPHEN M. HANSEN, P.S.

/s/ Stephen M. Hansen_____
STEPHEN M. HANSEN, WSBA #15642
Of Attorneys for Plaintiff

ORDER ON PLAINTIFF'S MOTION
TO FILE DOCUMENTS UNDER SEAL - 2

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax