The Honorable BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMEENJOHN STANIKZY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>　　　　　Defendant. | NO.  2:20-cv-00118-BJR<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND MOTION TO CERTIFY CLASS AND ADD REPRESENTATIVES |

THIS MATTER having come before this Court upon motion of the Plaintiff, AMEEN STANIKZY, Dkt. #47, Plaintiff's Unopposed Motion to Amend Motion to Certify Class and add Class Representatives. This Court has reviewed the record and file herein, and all pleadings filed in support of Plaintiff's unopposed motion; now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

///

///

ORDER GRANTING UNOPPOSED MOTION TO AMEND… - 1

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax

1. Plaintiff's Unopposed Motion to Amend Motion to Certify Class and add Class Representatives is GRANTED.

DATED this 4th day of January, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING UNOPPOSED MOTION TO AMEND… - 2