THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AMEENJOHN STANIKZY;

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY.

    Defendant.

NO. 2:20-cv-00118-BJR

ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE

ORDER GRANTING STIPULATED MOTION
TO AMEND BRIEFING SCHEDULE - 1
(2:20-cv-00118-BJR)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# ORDER

THIS MATTER having come on regularly before this Court on the parties' Stipulated Motion to Amend Briefing Schedule, the Court having reviewed the pleadings and files in this matter, and being otherwise fully advised in this matter;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the briefing schedule on Plaintiff's Motion for Class Certification is amended as follows:

1) Progressive's class certification opposition and any expert disclosures/Rule 26 reports and/or declarations relating to any class certification opposition and related motions are due on **February 26, 2021**.

2) Plaintiff's rebuttal expert disclosures/Rule 26 reports and/or declarations relating to any class certification reply and/or opposition to any defense motions are due on **May 19, 2021**.

3) Reply on any Motion filed by Progressive shall be due **June 28, 2021**.

Dated this 19th day of January, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

By   */s/ Robert L. Christie*
Robert L. Christie, WSBA #10895
CHRISTIE LAW GROUP, PLLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Tel: 206-957-9669
Fax: 206-352-7875
bob@christielawgroup.com

ORDER GRANTING STIPULATED MOTION
TO AMEND BRIEFING SCHEDULE - 1
(2:20-cv-00118-BJR)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1 | Jeffrey S. Cashdan (admitted *pro hac vice*)
  | Zachary A. McEntyre (admitted *pro hac vice*)
2 | James Matthew Brigman (admitted *pro hac vice*)
  | Allison Hill White (admitted *pro hac vice*)
3 | KING & SPALDING LLP
  | 1180 Peachtree Street
4 | Atlanta, GA 30309
  | Tel: 404-572-4600
5 | Fax: 404-572-5100
  | jcashdan@kslaw.com
6 | zmcentyre@kslaw.com
  | mbrigman@kslaw.com
7 | awhite@kslaw.com

8 | *Attorneys for Defendant Progressive Direct Insurance Company*

9 |

10 | By  */s/ Stephen M. Hansen*
   | Stephen M. Hansen, WSBA # 15642
11 | Law Office of Stephen M. Hansen, P.S.
   | 1821 Dock Street, Suite 103
12 | Tacoma Washington 98402
   | Tel: 253-302-5955
13 | Fax: 253- 301-1147
   | steve@stephenmhansenlaw.com

14 | Scott P. Nealey (admitted *pro hac vice*)
   | Law Office of Scott P. Nealey
15 | 71 Stevenson Street, Suite 400,
   | San Francisco, CA 94105
16 | Telephone: 415-231-5311
   | Facsimile: 415-231-5313
17 | snealey@nealeylaw.com

18 | *Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION
TO AMEND BRIEFING SCHEDULE - 2
(2:20-cv-00118-BJR)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669