THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMEENJOHN STANIKZY;<br><br>                Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY.<br><br>                Defendant. | NO. 2:20-cv-00118-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE |

ORDER GRANTING STIPULATED MOTION
TO AMEND BRIEFING SCHEDULE - 1
(2:20-cv-00118-BJR)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# ORDER

THIS MATTER having come on regularly before this Court on the parties' Stipulated Motion to Amend Briefing Schedule, the Court having reviewed the pleadings and files in this matter, and being otherwise fully advised in this matter;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the briefing schedule on Plaintiff's Motion for Class Certification is amended as follows:

1) Progressive's class certification opposition and any expert disclosures/Rule 26 reports and/or declarations relating to any class certification opposition and related motions are due on **March 26, 2021**.

2) Plaintiff's rebuttal expert disclosures/Rule 26 reports and/or declarations relating to any class certification reply and/or opposition to any defense motions are due on **June 16, 2021**.

3) Reply on any Motion filed by Progressive shall be due **July 27, 2021**.

Dated this 17th day of February, 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

By   */s/ Robert L. Christie*
Robert L. Christie, WSBA #10895
CHRISTIE LAW GROUP, PLLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Tel: 206-957-9669
Fax: 206-352-7875
bob@christielawgroup.com

ORDER GRANTING STIPULATED MOTION
TO AMEND BRIEFING SCHEDULE - 1
(2:20-cv-00118-BJR)

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  Jeffrey S. Cashdan (admitted *pro hac vice*)
   Zachary A. McEntyre (admitted *pro hac vice*)
2  James Matthew Brigman (admitted *pro hac vice*)
   Allison Hill White (admitted *pro hac vice*)
3  KING & SPALDING LLP
   1180 Peachtree Street
4  Atlanta, GA 30309
   Tel: 404-572-4600
5  Fax: 404-572-5100
   jcashdan@kslaw.com
6  zmcentyre@kslaw.com
   mbrigman@kslaw.com
7  awhite@kslaw.com

8  *Attorneys for Defendant Progressive Direct Insurance Company*

9
   By      */s/ Stephen M. Hansen*
10 Stephen M. Hansen, WSBA # 15642
   Law Office of Stephen M. Hansen, P.S.
11 1821 Dock Street, Suite 103
   Tacoma Washington 98402
12 Tel: 253-302-5955
   Fax: 253- 301-1147
13 steve@stephenmhansenlaw.com

14 Scott P. Nealey (admitted *pro hac vice*)
   Law Office of Scott P. Nealey
15 71 Stevenson Street, Suite 400,
   San Francisco, CA 94105
16 Telephone: 415-231-5311
   Facsimile: 415-231-5313
17 snealey@nealeylaw.com

18 *Attorneys for Plaintiff*

19

20

21

22

23

ORDER GRANTING STIPULATED MOTION
TO AMEND BRIEFING SCHEDULE - 2
(2:20-cv-00118-BJR)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669