The Honorable BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AMEENJOHN STANIKZY;

        Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY,

        Defendant.

NO. 2:20-cv-00118-BJR

PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

COMES NOW the Plaintiff, and pursuant to Local Civil Rule 5(g), respectfully requests the Court to order sealed from public inspection the following documents:

| Document Name: | Document No.: | Date Filed: |
| --- | --- | --- |
| *Declaration of Stephen M. Hansen* | Dkt #72 | 4/22/2022 |
| *Declaration of Scott P. Nealey* | Dkt #73 | 4/22/2022 |

The basis for the motion to seal is as follows: on June 19, 2020, this Court entered a Protective Order based upon a stipulation of the Parties [Dkt# 32]. The above declarations

MOTION TO FILE UNDER SEAL - 1

reference and have attached as exhibits attorney-client information and confidential information as more specifically described in Mr. Nealy's declaration at paragraph 15.

RESPECTFULLY SUBMITTED this 22nd day of April, 2022.

Law Offices of STEPHEN M. HANSEN, P.S.

_____
STEPHEN M. HANSEN, WSBA #15642
Of Attorneys for Plaintiff

Scott P. Nealey (Pro Hac Vice)
Law Office of Scott P. Nealey
71 Stevenson St #400
San Francisco, CA 94105
Phone: 415-231-5311
Fax:    415-231-5313
Cellular: 415-640-4806
snealey@nealeylaw.com

MOTION TO FILE UNDER SEAL - 2

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax

**CERTIFICATE OF SERVICE**

The undersigned certifies, under penalty of perjury under the laws of the State of Washington, that on April 22, 2022, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

_____
SARA B. WALKER, Legal Assistant

MOTION TO FILE UNDER SEAL - 3

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax