The Honorable BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMEENJOHN STANIKZY,<br><br>        Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>        Defendant. | NO. 2:20-cv-00118-BJR<br><br>ORDER ON PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL |

PURSUANT TO Local Civil Rule 5(g), Plaintiff moved the Court to order sealed from public inspection the following documents:

| Document Name: | Document No.: | Date Filed: |
|---|---|---|
| *Declaration of Stephen M. Hansen* | Dkt #72 | 4/22/2022 |
| *Declaration of Scott P. Nealey* | Dkt #73 | 4/22/2022 |

The basis for the motion to seal is as follows: on June 19, 2020, this Court entered a Protective Order based upon a stipulation of the Parties [Dkt# 32]. The above declarations reference and have attached as exhibits attorney-client information and confidential information as more specifically described in Mr. Nealy's declaration at paragraph 15.

Having considered the motion and the documents, the Court is of the opinion that good cause exists to seal these documents.

ORDER ON PLAINTIFF'S MOTION
TO FILE DOCUMENTS UNDER SEAL - 1

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax

THEREFORE, IT IS ORDERED that the following documents be sealed:

| Document Name: | Document No.: | Date Filed: |
| --- | --- | --- |
| *Declaration of Stephen M. Hansen* | Dkt #72 | 4/22/2022 |
| *Declaration of Scott P. Nealey* | Dkt #73 | 4/22/2022 |

DATED this 30th day of August, 2022.

Barbara J. Rothstein
United States District Court Judge

Presented By:

Law Offices of STEPHEN M. HANSEN, P.S.

*s/Stephen M. Hansen*

STEPHEN M. HANSEN, WSBA #15642
Of Attorneys for Plaintiff

ORDER ON PLAINTIFF'S MOTION
TO FILE DOCUMENTS UNDER SEAL - 2