The Honorable BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMEENJOHN STANIKZY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>　　　　　Defendant. | NO. 2:20-cv-00118-BJR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO RELEASE/LIFT STAY |

THIS MATTER having come before this Court upon motion of the Plaintiff, AMEENJOHN STANIKZY, for an Order Releasing/Lifting Stay. Dkt. #93. This Court has reviewed the record and file herein, all pleadings filed in support of and opposition to the instant motion; NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1.　　Plaintiff's Motion for Order Releasing/Lifting Stay is GRANTED; and

ORDER GRANTING MOTION TO LIFT STAY - 1

Law Offices of
STEPHEN M. HANSEN, P.S.
3800 BRIDGEPORT WAY WEST,
SUITE A
PMB 5
UNIVERSITY PLACE, WA 98466
(253) 302-5955; (253) 301-1147 Fax

2. Settlement in this matter shall proceed accordingly and is to be completed per its terms. The deadline for Defendant Progressive Direct Insurance Company to issue payment to settlement class members shall be October 26, 2023.

Dated: October 5, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

Law Offices of STEPHEN M. HANSEN, P.S.

*s/Stephen M. Hansen*
_____
STEPHEN M. HANSEN, WSBA #15642
Of Attorneys for Plaintiff

ORDER GRANTING MOTION TO LIFT STAY - 2

Law Offices of
STEPHEN M. HANSEN, P.S.
3800 BRIDGEPORT WAY WEST,
SUITE A
PMB 5
UNIVERSITY PLACE, WA 98466
(253) 302-5955; (253) 301-1147 Fax